# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| Eur-Pac Corporation | ) ASBCA Nos. 61526, 61527, 61528 |
| | )             61529, 61530, 61531 |
| | )             61532, 61533, 61534 |
| | ) |
| Under Contract No. N00104-17-P-BA51 *et al.* | ) |

APPEARANCE FOR THE APPELLANT:      Mr. Michael Cerulo
                                                President

APPEARANCES FOR THE GOVERNMENT:      Craig D. Jensen, Esq.
                                                Navy Chief Trial Attorney
                                                Abram D. Burnett, III, Esq.
                                                Associate Counsel
                                                Courtney C. Hatcher, Esq.
                                                Assistant Counsel
                                                NAVSUP Weapon Systems Support
                                                Mechanicsburg, PA

## ORDER OF DISMISSAL

The appeals have been withdrawn. Accordingly, they are dismissed from the Board's docket with prejudice.

Dated: January 3, 2019

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61526, 61527, 61528, 61529, 61530, 61531, 61532, 61534, Appeals of Eur-Pac Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals